# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON E. GREEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN ERIC ARNOLD,<br><br>　　　　Respondent. | CASE NO. 2:16-CV-01966-PSG (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 6/21/17

HON. PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE